No. 15,630.

Roff v. McCreery et al., constituting the State Civil Service Commission.

(178 P. [2d] 676)

Decided March 10, 1947.

An action to compel reinstatement of plaintiff as statistician in the office of superintendent of public instruction. Judgment of dismissal. Affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Stone and Mr. Justice Hays, participating.

Mr. Philip Hornbein, Mr. E. N. Freeman, for plaintiff in error.

Mr. H. Lawrence Hinkley, Attorney General, Mr. Duke W. Dunbar, Deputy, Mr. Clarence L. Bartholic, Assistant, for defendants in error.